UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CARMEN NAVAR DIAZ, | Case No. 13-cv-01086-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| ALLIANCE RESIDENTIAL COMPANY, et al., | |
| Defendants. | |

On 05/07/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 08/21/2014 at 9:00 AM |
| Hearing on Motions in Limine | 10/16/2014 at 2:30 PM |
| Final Pretrial Conference | 10/16/2014 at 2:30 PM |
| Trial | 10/27/2014 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT parties are to file Dispositive Motions by 07/07/2014.

Dated:  May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge